Chief Assistant Attorney General, and *Jeff Duty*, Assistant Attorney General, for respondent.

No. 706. CITIZENS ICE & COLD STORAGE CO. ET AL. *v.* ATLANTIC COMPANY. C. A. 5th Cir. Certiorari denied. *Julian Webb* for petitioners. *William K. Meadow* and *Robert B. Troutman* for respondent.

No. 707. PARKERSON, TRUSTEE, ET AL. *v.* CHAPMAN ET AL., EXECUTORS. C. A. 4th Cir. Certiorari denied. *Russell T. Bradford* for petitioners. *Albert W. Fox* and *Thomas H. Patterson* for respondents.

No. 729. TEXAS & PACIFIC RAILWAY CO. *v.* RED RIVER COTTON OIL CO. ET AL. Supreme Court of Louisiana. Certiorari denied. *Frank H. Peterman* for petitioner. *LeDoux R. Provosty* for respondents.

No. 731. HOFFPAUIR *v.* HOXSEY. C. A. 5th Cir. Certiorari denied. *Curley C. Hoffpauir, pro se.*

